IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**JOSE OMAR DUARTE ESCOBAR,**

    Petitioner,

v.                                                                                                                    Civil Action No. 3:25cv758

**PAUL PERRY,** *et al.,*

    Respondents.

## MEMORANDUM ORDER

This matter comes before the Court on Petitioner Jose Omar Duarte Escobar's Motion for Temporary Restraining Order (the "Motion"). (ECF No. 6.) In the Motion, Petitioner requests a Temporary Restraining Order preventing Respondents from removing Petitioner from the United States. (ECF No. 6, at 1.)

The Court DENIES the Motion. Under Federal Rule of Civil Procedure 65, the Court may issue a Temporary Restraining Order "only if"

> (A) specific facts in an affidavit or a verified complaint clearly show that immediate and irreparable injury, loss, or damage will result to the movant before the adverse party can be heard in opposition; and
>
> (B) the movant's attorney certifies in writing any efforts made to give notice and the reasons why it should not be required.

Fed. R. Civ. P. 65(b)(1)(A)–(B). Petitioner includes in the Motion neither "an affidavit," "a verified complaint," nor a certification in writing of efforts made to give notice. Because Petitioner has failed to comply with the requirements of Rule 65, the Court must deny the Motion.

The Clerk is DIRECTED to send a copy of this Memorandum Order to Petitioner's counsel of record and the United States Attorney's Office for the Eastern District of Virginia, Richmond Division.

It is so ORDERED.

Date: 9/26/25
Richmond, Virginia

/s/
M. Hannah Lauck
United States District Judge

2