IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JOSE OMAR DUARTE ESCOBAR,

    Petitioner,

v.                                   Civil Action No. 3:25cv758

PAUL PERRY, *et al.*,

    Respondents.

## ORDER

This matter comes before the Court on Respondents' Response to the Court's October 30, 2025 Order (the "Response"). (ECF No. 25.) In the Response, Respondents inform the Court that Mr. Duarte Escobar "received a bond hearing on November 4, 2025. Bond was granted in the amount of $5,000. The Department of Homeland Security reserved appeal." (ECF No. 25, at 1.)

In the event Mr. Duarte-Escobar is released on bond, Respondents are ENJOINED from rearresting Mr. Duarte-Escobar, unless he has committed a new violation of any federal, state, or local law, or has failed to attend any properly noticed immigration or court hearing or is subject to detention pursuant to a final order of removal.

The Clerk is DIRECTED to close this matter.

It is SO ORDERED.

Date: 11/14/25
Richmond, Virginia

                                        /s/
                              M. Hannah Lauck
                              United States District Judge